CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

JEREMY N. HENDON (ORBN 982490)
AMY MATCHISON (CABN 217022)
Trial Attorneys
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2466
(202) 307-6422
Fax: (202) 307-0054
E-mail: Jeremy.Hendon@usdoj.gov
Amy.T.Matchison@usdoj.gov
Western.Taxcivil@usdoj.gov

BRIAN J. STRETCH (CABN 163973)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
COLIN C. SAMPSON (CABN 249784)
Assistant United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7020
Email: Colin.Sampson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States persons who, at any time during the period January 1, 2013, through December 31, 2015, conducted transactions in a convertible virtual currency as defined in IRS Notice 2014-21. | Civil Number:<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS** |

THIS MATTER is before the Court upon the United States of America's "*Ex Parte* Petition for Leave to Serve "John Doe" Summons" (the "Petition"). Based upon a review of the Petition and supporting documents, the Court has determined that the "John Doe" summons to Coinbase, Inc. relates

to the investigation of an ascertainable group or class of persons, that there is a reasonable basis for believing that such group or class of persons has failed or may have failed to comply with any provision of any internal revenue laws, and that the information sought to be obtained from the examination of the records or testimony (and the identities of the persons with respect to whose liability the summons is issued) are not readily available from other sources. It is therefore:

ORDERED AND ADJUDGED that the Internal Revenue Service, through Senior Revenue Agent David Utzke or any other authorized officer or agent, may serve an Internal Revenue Service John Doe summons upon Coinbase, Inc. in substantially the form as attached as Exhibit B to Declaration of Senior Revenue Agent David Utzke. A copy of this Order shall be served together with the summons.

IT IS SO ORDERED this ____ day of _____________, 2016.

________________________________
United States District Judge

Presented by:

CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

*/s/ Jeremy N. Hendon*
*/s/ Amy Matchison*
JEREMY N. HENDON
AMY MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice

BRIAN J. STRETCH
United States Attorney
Northern District of California

*/s/ Colin C. Sampson*
COLIN C. SAMPSON
Assistant United States Attorney,
Tax Division