Melinda L. Haag (CaSBN 132612)
United States Attorney
STUART D. GIBSON (MnSBN 34587)
Senior Litigation Counsel
Stuart.D.Gibson@usdoj.gov
Tax Division, U.S. Department of Justice
P.O. Box 403
Washington, DC 20044
Tel: (202) 307-6586
Fax: (202) 307-2504
Attorneys for United States of America

RECEIVED
2011 APR -7 A 9: 38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN THE MATTER OF THE TAX LIABILITIES OF:

JOHN DOES, United States taxpayers, who at any time during the years ended December 31, 2002 through December 31, 2010, directly or indirectly had interests in or signature or other authority (including authority to withdraw funds; trade or give instructions or receive account statements, confirmations, or other information, advice or solicitations) with respect to any financial accounts maintained at, monitored by, or managed through The Hongkong and Shanghai Banking Corporation Limited in India (HSBC India).

Case No. 11 1686 LB

[PROPOSED] ORDER GRANTING *EX PARTE* PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS

THIS MATTER is before the Court upon the United States of America's "*Ex Parte* Petition for Leave to Serve John Doe Summons." Based upon a review of the Petition and exhibits thereto, the Court has determined that the "John Doe" summons to HSBC Bank USA, N.A. relates

[Proposed] Order Granting *Ex Parte* Petition for Leave to Serve "John Doe" Summons
Page 1

to the investigation of an ascertainable group or class of persons, that there is a reasonable basis for believing that such group or class of persons may fail or may have failed to comply with any provision of any internal revenue law, and that the information sought to be obtained form the examination of the records or testimony (and the identities of the persons with respect to whose liability the summons is issued) are not readily available from other sources. It is therefore–

ORDERED AND ADJUDGED that the Internal Revenue Service, through Revenue Agent Daniel Reeves or any other authorized officer or agent, may serve an Internal Revenue Service "John Doe" summons upon HSBC Bank USA, N.A. in substantially the form as attached as Exhibit A to the Declaration of Daniel Reeves. A copy of this Order shall be served together with the summons.

DONE AND ORDERED this 7 day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

Phyllis J. Hamilton
United States District Judge

Copies furnished to:

Stuart D. Gibson
Senior Litigation Counsel
Tax Division
U.S. Department of Justice
P.O. Box 403
Washington, DC 20044

Melinda L. Haag
United States Attorney
Northern District of California
Philip Burton United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

[Proposed] Order Granting *Ex Parte* Petition for Leave to Serve "John Doe" Summons
Page 2