CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

JEREMY N. HENDON (ORBN 982490)
AMY MATCHISON (CABN 217022)
Trial Attorneys
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 353-2466
               (202) 307-6422
Fax:           (202) 307-0054
E-mail: Jeremy.Hendon@usdoj.gov
        Amy.T.Matchison@usdoj.gov
        Western.Taxcivil@usdoj.gov

BRIAN J. STRETCH (CABN 163973)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
COLIN C. SAMPSON (CABN 249784)
Assistant United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7020
Email:  Colin.Sampson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF: | Civil Number: |
| JOHN DOES, United States persons who, at any time during the period January 1, 2013, through December 31, 2015, conducted transactions in a convertible virtual currency as defined in IRS Notice 2014-21. | **NOTICE OF FILING *EX PARTE* PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONS** |

The United States of America notifies the Court that it has commenced this *ex parte* proceeding pursuant to Section 7609(f) of the Internal Revenue Code (26 U.S.C.), for leave to serve an Internal Revenue Service "John Doe" summons upon Coinbase, Inc. Pursuant to 26 U.S.C. § 7609(h)(2), the

1  determination to be made by the Court "shall be made *ex parte* and shall be made solely on the petition
2  and supporting affidavits." Thus, the pleadings filed in this proceeding will not be served upon any
3  person or entity and no other filings are permitted from other persons or entities. Accordingly, this
4  matter is ripe for the Court's consideration.

      The United States requests that the Court review the Petition and supporting documents and enter the Proposed Order at the Court's earliest opportunity.

      Dated this 17th day of November, 2016.

                                        CAROLINE D. CIRAOLO
                                        Principal Deputy Assistant Attorney General

                                        */s/ Jeremy N. Hendon*
                                        */s/ Amy Matchison*
                                          JEREMY N. HENDON
                                          AMY MATCHISON
                                          Trial Attorneys, Tax Division
                                          U.S. Department of Justice

                                          BRIAN J. STRETCH
                                          United States Attorney
                                          Northern District of California

                                          */s/ Colin C. Sampson*
                                          COLIN C. SAMPSON
                                          Assistant United States Attorney,
                                          Tax Division