Lee A. Weiss (SBN 297834)
lweiss@law111.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone:   (516) 222-2900
Facsimile:   (818) 936-0232

Albert G. Lum (SBN 259053)
alum@law111.com
Emmanuel Rayes (SBN 304934)
erayes@law111.com
**BERNS WEISS LLP**
6800 Owensmouth Avenue, Suite 310
Canoga Park, CA 91303
Telephone:   (818) 961-2000
Facsimile:   (818) 936-0232

Attorneys for Proposed Intervenor, Jeffrey K. Berns

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States persons who, at any time during the period January 1, 2013, through December 31, 2015, conducted transactions in a convertible virtual currency as defined in IRS Notice 2014-21. | Case No.: 3:16-cv-06658-JSC<br><br>**DECLARATION OF MOVANT-PROPOSED INTERVENOR JEFFREY K. BERNS IN SUPPORT OF MOTION TO INTERVENE, TO QUASH SUMMONS OR FOR PROTECTIVE ORDER, OR FOR AN ORDER SCHEDULING AN EVIDENTIARY HEARING AND PERMITTING LIMITED DISCOVERY**<br><br>Date:        January 19, 2017<br>Time:       9:00 a.m.<br>Courtroom: F, 15th Floor<br>Judge:      Hon. Jacqueline Scott Corley |

Case No.: 3:16-cv-06658-JSC
**Berns Decl. i/s/o Motion to Intervene, to Quash Summons or for Protective Order, or for an Order Scheduling an Evidentiary Hearing and Permitting Limited Discovery**

I, Jeffrey K. Berns, declare:

1. I am a proposed intervenor in this proceeding. I submit this declaration in support of my Motion to Intervene, to Quash Summons or for Protective Order, or for an Order Scheduling an Evidentiary Hearing and Permitting Limited Discovery. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify thereto.

2. I am a U.S. citizen residing in Los Angeles County, California, and have a U.S. telephone number, U.S. e-mail domain, and U.S. bank account.

3. I have been a registered Coinbase user since February 2014.

4. Between January 1, 2013, and December 31, 2015, I purchased Bitcoin using Coinbase's exchange. I do not owe any outstanding taxes with respect to that Bitcoin, as I either still hold it, I have disposed of it for less than my acquisition cost, or I have disposed of it for more than my acquisition cost and included any such income on my tax return.

5. In connection with my Coinbase account, I have provided Coinbase with my personal information, including my passwords. During the period between January 1, 2013 and December 31, 2015, I communicated with Coinbase electronically concerning customer service issues related to my account.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct. Executed this 13th day of December, 2016, in Las Vegas, Nevada.

_____
Jeffrey K. Berns