Lee A. Weiss (SBN 297834)
    lweiss@law111.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone:    (516) 222-2900
Facsimile:    (818) 936-0232

Albert G. Lum (SBN 259053)
    alum@law111.com
Emmanuel Rayes (SBN 304934)
    erayes@law111.com
**BERNS WEISS LLP**
6800 Owensmouth Avenue, Suite 310
Canoga Park, CA 91303
Telephone:    (818) 961-2000
Facsimile:    (818) 936-0232

Attorneys for Proposed Intervenor, Jeffrey K. Berns

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States persons who, at any time during the period January 1, 2013, through December 31, 2015, conducted transactions in a convertible virtual currency as defined in IRS Notice 2014-21. | Case No.: 3:16-cv-06658-JSC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO INTERVENE, TO QUASH SUMMONS, OR FOR PROTECTIVE ORDER, OR FOR AN ORDER SCHEDULING AN EVIDENTIARY HEARING AND PERMITTING LIMITED DISCOVERY**<br><br>Date:        January 19, 2017<br>Time:       9:00 a.m.<br>Courtroom: F, 15th Floor<br>Judge:      Hon. Jacqueline Scott Corley |

Case No.: 3:16-cv-06658-JSC

**Request for Judicial Notice**

Proposed Intervenor-Movant Jeffrey K. Berns hereby requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents submitted in support of his Motion to Intervene, to Quash Summons, or for Protective Order, or for an Order Scheduling an Evidentiary Hearing and Permitting Limited Discovery:

A. Report dated September 21, 2016, by the Treasury Inspector General for Tax Administration titled "As the Use of Virtual Currencies in Taxable Transactions Becomes More Common, Additional Actions Are Needed to Ensure Taxpayer Compliance," available at https://www.treasury.gov/tigta/auditreports/2016reports/201630083fr.pdf.  [**Exhibit 1**]

B. Report dated May 16, 2016, by the Treasury Inspector General for Tax Administration titled "The Internal Revenue Service Did Not Identify and Assist All Individuals Potentially Affected by the Get Transcript Application Data Breach," Ref. # 2016-40-037, available at https://www.treasury.gov/tigta/auditreports/2016reports/201640037fr.pdf. [**Exhibit 2**]

C. U.S. Government Accountability Report, GAO-16-398, *Information Security: IRS Needs to Further Improve Controls Over Financial and Taxpayer Data* (Mar. 2016), *available at* http://www.gao.gov/assets/680/676097.pdf. [**Exhibit 3**]

D. Prepared Remarks of Commissioner John A. Koskinen Before the Council for Electronic Revenue Communication Advancement dated October 23, 2015, which are available at https://www.irs.gov/uac/newsroom/prepared-remarks-of-commissioner-john-a-koskinen-before-the-council-for-electronic-revenue-communication-advancement.  [**Exhibit 4**]

Judicial notice is appropriate for **Exhibits 1-4** because they are documents compiled by an administrative agency, and were obtained from a government website. These exhibits thus constitute information that "is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see also United States v. Chapel*, 41 F.3d 1338, 1342 (9th Cir. 1994) (district court did not err in taking judicial notice of FDIC document that "is a source whose accuracy cannot be

reasonably questioned"); *Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994) (same, regarding handbook of U.S. Department of Labor, Wage and Hour Division); *Paralyzed Veterans of Am. v. McPherson*, 2008 WL 4183891, at *5 (N.D. Cal. Sept. 9, 2008) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web.  This is particularly true of information on government agency websites, which have often been treated as proper subjects for judicial notice.") (citations omitted).

Proposed Intervenor-Movant Jeffrey K. Berns further requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts submitted in support of his Motion to Intervene, to Quash Summons, or for Protective Order, or for an Order Scheduling an Evidentiary Hearing and Permitting Limited Discovery:  Coinbase, Inc. is a licensed money transmitter in 34 states, the District of Columbia, and Puerto Rico.  Printout from Coinbase, Inc.'s website showing a list of U.S. jurisdictions that Coinbase is licensed to conduct services as a money transmitter or money services business, available at https://www.coinbase.com/legal/licenses. [**Exhibit 5**].

Judicial notice of the facts established by **Exhibit 5** is appropriate because they are readily ascertainable fact taken from the Internet, and they are commonly known and undisputed. Fed. R. Evid. 201(b)(2); *see also O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007) (collecting cases); *In re Zynga Privacy Litig.*, 750 F3d 1098, 1101-02 n.2 (9th Cir. 2014) (judicial notice taken of current version of publicly-available HTTP specification); *Matthews v. Nat'l Football League Mgmt. Council*, 688 F.3d 1107, 1113 (9th Cir. 2012) (taking judicial notice of statistics available on the NFL's Web site); *Yusupov v. Attorney General of U.S.*, 650 F3d 968, 985 n.23 (3d Cir. 2011) (taking judicial notice of statements made on website).

For the reasons stated above, Proposed Intervenor-Movant Jeffrey K. Berns moves the Court to grant judicial notice of the documents and facts set forth above.

Dated: December 13, 2016  /s/ Lee A. Weiss

Lee A. Weiss (SBN 297834)
lweiss@law111.com

Case No.: 3:16-cv-06658-JSC  Page 2
**Request for Judicial Notice**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone:   (516) 222-2900
Facsimile:   (818) 936-0232

Albert G. Lum (SBN 259053)
alum@law111.com
Emmanuel Rayes (SBN 304934)
erayes@law111.com
**BERNS WEISS LLP**
6800 Owensmouth Avenue, Suite 310
Canoga Park, CA 91303
Telephone:   (818) 961-2000
Facsimile:   (818) 936-0232