Lee A. Weiss (SBN 297834)
  lweiss@law111.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone:    (516) 222-2900
Facsimile:    (818) 936-0232

Albert G. Lum (SBN 259053)
  alum@law111.com
Emmanuel Rayes (SBN 304934)
  erayes@law111.com
**BERNS WEISS LLP**
6800 Owensmouth Avenue, Suite 310
Canoga Park, CA 91303
Telephone:    (818) 961-2000
Facsimile:    (818) 936-0232

Attorneys for Proposed Intervenor, Jeffrey K. Berns

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States persons who, at any time during the period January 1, 2013, through December 31, 2015, conducted transactions in a convertible virtual currency as defined in IRS Notice 2014-21. | Case No.: 3:16-cv-06658-JSC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE, TO QUASH SUMMONS, OR FOR PROTECTIVE ORDER, OR FOR AN ORDER SCHEDULING AN EVIDENTIARY HEARING AND PERMITTING LIMITED DISCOVERY**<br><br>Courtroom:  F, 15th Floor<br>Judge:      Hon. Jacqueline Scott Corley |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court has received and reviewed the Motion to Intervene, to Quash Summons, or for Protective Order, or for an Order Scheduling an Evidentiary Hearing and Permitting Limited Discovery by Movant-Proposed Intervenor Jeffrey K. Berns ("Movant").

GOOD CAUSE APPEARING, it is hereby ORDERED that:

1. Movant's Motion to Intervene is GRANTED; and

2. \_\_\_\_ Movant's Motion to Quash is GRANTED.  The United States of America's Summons to Coinbase, Inc. (the "Summons"), which was ordered to be served pursuant to this Court's Order dated November 30, 2016, is quashed and Coinbase, Inc. is ordered not to produce documents in response to the Summons; or


\_\_\_\_ Movant's Motion for a Protective Order is GRANTED as follows

_____
_____
_____; or


\_\_\_\_ Movant's Motion seeking an Order Scheduling an Evidentiary Hearing and Permitting Limited Discovery is GRANTED. Movant is permitted to conduct limited discovery concerning the Summons in advance of the limited Evidentiary Hearing. Within seven (7) days of this Order, Movant shall be entitled to serve document requests for the United States of America ("Petitioner") to produce documents related to the Summons upon Amy Matchison, counsel for Petitioner in this matter. Petitioner shall produce documents responsive to Movants' document requests within thirty (30) days of receipt of the requests. Petitioner shall produce Internal Revenue Service Senior Agent David Utzke for a deposition by Movant concerning the Summons and the documents produced by Petitioner in response to Movant's document requests on a mutually convenient date, and at a mutually convenient location for the witness, Petitioner and Movant, no more than twenty-one (days) from when the Petitioner

produces documents in response to Movant's document requests. Petitioner and Movant shall jointly provide the Court with three potential dates for a limited Evidentiary Hearing concerning the Summons that is consistent with the foregoing schedule.

**IT IS SO ORDERED.**

Dated: _____, 2017          _____
                                        Hon. Jacqueline Scott Corley
                                        UNITED STATES MAGISTRATE JUDGE