1  DAVID A. HUBBERT
   Acting Assistant Attorney General
2
3  JEREMY N. HENDON (ORBN 982490)
   AMY MATCHISON (CABN 217022)
4  Trial Attorneys
   United States Department of Justice, Tax Division
5  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044
6  Telephone:     (202) 353-2466
                  (202) 307-6422
7  Fax:           (202) 307-0054
8  E-mail: Jeremy.Hendon@usdoj.gov
           Amy.T.Matchison@usdoj.gov
9          Western.Taxcivil@usdoj.gov

10 BRIAN J. STRETCH (CABN 163973)
   United States Attorney
11 THOMAS MOORE (ALBN 4305-O78T)
12 Chief, Tax Division
   COLIN C. SAMPSON (CABN 249784)
13 Assistant United States Attorney
   450 Golden Gate Avenue, 11th Floor
14 San Francisco, California 94102
   Telephone: (415) 436-7020
15 Email: Colin.Sampson@usdoj.gov

16
   Attorneys for United States of America
17

18              UNITED STATES DISTRICT COURT FOR THE
                  NORTHERN DISTRICT OF CALIFORNIA

19 IN THE MATTER OF THE TAX          )   Civil Number: 3:16-CV-06658-JSC
   LIABILITIES OF:                   )
20                                   )
21 JOHN DOES, United States persons who, )  **UNITED STATES' NOTICE OF**
   at any time during the period January 1, 2013, ) **RELATED CASE PURSUANT TO CIVIL**
22 through December 31, 2015, conducted )  **L.R. 3-12**
   transactions in a convertible virtual currency )
23 as defined in IRS Notice 2014-21.   )
                                       )
24                                     )
                                       )
25                                     )
                                       )
26                                     )
                                       )
27 _____ )

   United States' Notice of Related
   Case Pursuant to Civil L.R. 3-12

The United States of America, through undersigned counsel, hereby provides notice of a related case pursuant to Civil L.R. 3-12 as follows:

The United States commenced this *ex parte* proceeding for leave of court to serve a summons upon Coinbase, Inc., in furtherance of the IRS's investigation into the identity and correct federal income tax liability of U.S. persons who conducted transactions in a convertible virtual currency as that term is defined in IRS Notice 2014-21. On November 30, 2016, the Court granted leave and the Internal Revenue Service subsequently issued and served the summons. (Docket No. 7). Coinbase has failed to comply with the summons and the United States has filed, concurrent with this notice, a petition to enforce the summons.

Even though the *ex parte* proceeding was completed on November 30, 2016, after the Court issued its Order granting leave, both Coinbase and Jeffrey K. Berns filed motions to intervene. Both motions to intervene have been fully briefed and are set for hearing on March 23, 2017. Docket No. 29. Although neither movant is a party to this completed *ex parte* proceeding, at the request of the Court, both have consented to the magistrate judge's jurisdiction. Docket Nos. 25 and 26. Accordingly, the United States presents this notice to the Court because it may be desirable, in the interests of judicial economy and to avoid the possibility of conflicting results, to have the petition to enforce the summons assigned to Magistrate Judge Jacqueline Scott Corley.

*   *   *

Dated this 16th day of March, 2017.

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Jeremy N. Hendon*
*/s/ Amy Matchison*
JEREMY N. HENDON
AMY MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice

BRIAN J. STRETCH
United States Attorney
Northern District of California

*/s/ Colin C. Sampson*
COLIN C. SAMPSON
Assistant United States Attorney,
Tax Division

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 16th day of March 2017, via the Court's ECF system to all parties.

>  */s/ Amy Matchison*
>  AMY MATCHISON
>  Trial Attorney, Tax Division
>  U.S. Department of Justice