STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinlaw.com*
SHAUNA E. WOODS (SBN 300339)
*swoods@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: 213.426.2500
Fax.: 213.623.1673

GRANT P. FONDO (SBN 181530)
*gfondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Tel.:  650.752.3100
Fax.:  650.853.1038

Attorneys for Proposed Intervenor
COINBASE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States persons who, at any time during the period January 1, 2013, through December 31, 2015, conducted transactions in a convertible virtual currency as defined in IRS Notice 2014-21. | Case No. 3:16-cv-06658-JSC<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF PROPOSED INTERVENOR COINBASE INC. TO INTERVENE**<br><br>Date:          March 23, 2017<br>Time:         9:00 a.m.<br>Courtroom:  F (15th Floor)<br>Judge:        Hon. Jacqueline Scott Corley |

# NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that in light of the filing by the United States of America of a Petition to Enforce Internal Revenue Service Summons (Case No. 3:17-cv-01431), and the filing of a notice of withdrawal of the motion to intervene by Proposed Intervenor Jeffrey K. Berns in this action (Dkt. 31), Proposed Intervenor Coinbase, Inc. ("Coinbase") hereby withdraws its motion to intervene in this action (Dkt. 19).

With the withdrawal of the motions to intervene by Coinbase and Mr. Berns, Coinbase respectfully suggests to the Court that the hearing on the motions currently scheduled for March 23, 2017 can and should be vacated.

Respectfully submitted,

Dated: March 17, 2017      By:   /s/   Steven A. Ellis
STEVEN A. ELLIS
*sellis@goodwinlaw.com*
GRANT P. FONDO
*gfondo@goodwinlaw.com*
SHAUNA E. WOODS
*swoods@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Proposed Intervenor
COINBASE, INC.

**CERTIFICATE OF SERVICE**

*In the Matter of the Tax Liabilities of John Does etc.*
N.D. Cal Case No. 3:16-cv-06658-JSC

I, Steven A. Ellis, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on **March 17, 2017**.

/s/   Steven A. Ellis
STEVEN A. ELLIS

Goodwin Procter LLP
601 S Figueroa Street, 41st Floor
Los Angeles, CA 90017

ACTIVE/90007950.1                    1
NOTICE OF WITHDRAWAL OF MOTION OF
PROPOSED INTERVENOR COINBASE INC. TO INTERVENE         Case No. 3:16-CV-06658-JSC